For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| C     |           |      |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** JAMES DION PALMER

**PRISONER NO.:** 301700 - DOC  406452 - NCJ

**PLACE OF CONFINEMENT:** NORFOLK CITY JAIL (NCJ)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

10/17/2016

JULIA C. DUDLEY, CLERK
BY: **S. Taylor**
DEPUTY CLERK

JAMES DION PALMER
Enter Full Name                    Plaintiff

vs.

716cv00488

BERRY KILGORE (ATTORNEY GENERAL FOR VIRGINIA)
**CIVIL ACTION NO.** _____

JOSE APONTE (ASSISTANT COMMONWEALTH ATTORNEY FOR HENRICO)
Enter Full Name(s)              Defendant(s)   ROBERT McCABE (NORFOLK SHERIFF)

A.   Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____X_____ Yes                _____ No

B.   If your answer to A is Yes, describe the action in the space below.

   1.   Parties to the Action:   ATTORNEY GENERAL OF VIRGINIA

   DOC DIRECTOR AND NORFOLK SHERIFF

   _____

   2.   Court:   SUPREME COURT OF VIRGINIA

   3.   Docket No.:   # 151413

   4.   Judge:   UNKNOWN

   5.   Disposition:   UNTIMELY / REFUSE

   (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.   Have you filed any grievances regarding the facts of your complaint?

   Yes _____        No __X__

   1.   If your answer is Yes, complete the enclosed verified statement, indicating the result.  Please attach evidence of your exhaustion of all available grievance procedures.

   _____

   2.   If your answer is No, indicate the reason for failure to exhaust on the verified statement.  You may be required to exhaust your claims through any applicable grievance procedures.  Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.    Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law. DUE PROCESS

A SUBSTITUTE JUDGE CONVICTED *(ILLEGALLY)* JAMES DION PALMER

OF A FELONY FOR JUDGE L.A. HARRIS (CODE OF VIRGINIA 16.1-69.9)

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

I NEVER HAD SEX WITH THE ACCUSER. I NEVER SEXUALLY

PENETRATED THE ACCUSER.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

NORFOLK CITY JAIL *(FOOD SERVICE)* IS TRYING TO RAISE MY CHOLESTROL

LEVELS BY SERVING GREASY/OILY FOODS. I EAT

ALOT OF FOODS THAT LOWER CHOLESTROL LEVEL WHEN I'M OUT OF JAIL.

E.    State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

WRIT OF ACTUAL INNOCENCE, COMPENSATION FOR

SENTENCE(TIME). AND NAME REMOVED FROM NATIONAL & STATE (VIRGINIA) SEX OFFENDER REGISTRY. I WANT TO BE PLACED ON LOW CHOLESTROL DIET.

SIGNED THIS ___6___ DAY OF _OCTOBER_ , 20 _16_ .

_James D. Palmer_
(Signature of Each Plaintiff)

**VERIFICATION:**

I, __JAMES DION PALMER__ , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _10/6/2016_    SIGNED: _James D. Palmer_

CLAIM # 1   SUPPORTING FACTS

PEOPLE WHO WITNESSED A SUBSTITUTE JUDGE
ILLEGALLY CONVICT JAMES DIOR PALMER

1. MR. WILEY P. JONES SR   (FOSTER BROTHER)
2. MRS. EVANGELINE DAVIS (FOSTER SISTER) ?
3. DR. DONALD F TAYLOR, DEAN OF SCIENCE
   NORFOLK STATE UNIVERSITY
4. MS. PAMELA LONG, DEFENSE ATTORNEY
5. MR JOEL DAMATO, HENRICO PROSECUTOR
6. ACCUSER (ALLEGED VICTIM)

HENRICO COUNTY CIRCUIT COURT TRANSCRIPT
THE TRANSCRIPT ADDRESSED THE SUBSTITUTE
JUDGE ("TIDY") AS "THE COURT" DURING
THE TRIAL AND I BELIEVE JUDGE
L.A. HARRIS AS "JUDGE HARRIS" DURING
SENTENCING.

ORI: VA 0430153
CCN: 087CR0000 491200
DCN: Y136297

THE CONVICTION OFFICE