

James D. Palmer # 4066452
Norfolk City Jail
811 City Hall Avenue
Norfolk, VA 23510

United States District Court
180 West Main Street, Room 104
Abingdon, VA 24210
Atten: Clerk

The Norfolk City Jail has neither censored nor inspected this item. Therefore, the Norfolk City Jail does not assume responsibility for its contents.